UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 12-cr-36-01-JD

<u>Anthony Kay</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Trial is continued to the two-week period beginning Wednesday, November 14, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  */s/ Joseph A. DiClerico, Jr.*
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: September 13, 2012

cc:  Andrew Kennedy, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation